# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 2938 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| CECILIO YOUNG, A/K/A CELIO | : | No. 180 DB 2022 |
| WARREN YOUNG, A/K/A CELIO | : | |
| YOUNG | : | (Court of Appeals of Maryland, |
| | : | Miscellaneous Docket AG No. 23, |
| | : | September Term, 2019) |
| | : | |
| | : | Attorney Registration No. 53763 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Cecilio Young, a/k/a Celio Warren Young, a/k/a Celio Young, is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.